AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Payson, Marian W. | U.S.D.C., W.D.N.Y. | 05/26/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge-Fulltime | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

2310 U.S. Courthouse
100 State Street
Rochester, New York 14614

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | The Harley School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 05/26/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 05/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 05/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Janus Growth and Income Fund - Mutual Fund | E | Dividend | N | T | | | | | |
| 2. Vanguard Institutional Index - Mut. Fund (NYS Deferred Comp) | B | Dividend | L | T | | | | | |
| 3. Vanguard Federal Money Market Fund | A | Interest | K | T | | | | | |
| 4. Blackrock Core Bond Fund - Mutual Fund | B | Dividend | L | T | Sold (part) | 08/10/16 | J | A | |
| 5. Blackrock LO Duration BD SVC - Mutual Fund | B | Dividend | L | T | Sold (part) | 08/10/16 | K | A | |
| 6. Templeton Foreign Fund A - Mutual Fund | B | Dividend | L | T | Sold (part) | 08/10/16 | J | A | |
| 7. Morgan Stanley Money Market Funds | A | Int./Div. | M | T | | | | | |
| 8. Summit Federal Credit Union #1 | A | Interest | J | T | | | | | |
| 9. Summit Federal Credit Union #2 | A | Interest | J | T | | | | | |
| 10. Vanguard Bond Mkt Index Inv - Mutual Fund | A | Dividend | K | T | Buy (add'l) | 12/16/16 | J | | |
| 11. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 12. Vanguard Wellington Fund Inv - Mutual Fund | B | Dividend | K | T | Buy (add'l) | 12/16/16 | J | | |
| 13. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 14. Vanguard Small Cap Value Index - Mutual Fund | A | Dividend | K | T | Buy (add'l) | 12/16/16 | J | | |
| 15. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 16. Vanguard Total Stock Mkt Index Inv - Mutual Fund #2 | A | Dividend | K | T | Buy (add'l) | 12/16/16 | J | | |
| 17. | | | | | Buy (add'l) | 12/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NY College Savings Program Conserative Portfolio | | None | K | T | | | | | |
| 19. NY College Sav. Program Income Portfolio | | None | L | T | | | | | |
| 20. NYS Retirement System - Pension Fund | | None | | | Distributed | 09/19/16 | K | | |
| 21. American Growth Fund of America, F | D | Dividend | M | T | Sold (part) | 08/10/16 | J | C | |
| 22. Wells Fargo High Yld Bd Fund | A | Dividend | K | T | Sold (part) | 08/10/16 | J | A | |
| 23. American Cent Growth Adv. | B | Dividend | K | T | Sold (part) | 08/10/16 | K | B | |
| 24. Blackrock Equity Dividend A Mutual Fund | E | Dividend | M | T | Sold (part) | 08/10/16 | K | D | |
| 25. Nuveen Int Dur Muni Bond A Mutual Fund | C | Dividend | M | T | | | | | |
| 26. Keeley Small Cap Value A Mutual Fund | D | Dividend | M | T | | | | | |
| 27. Janus Perkins Mid Cap Value Mutual Fund | D | Dividend | L | T | Sold (part) | 11/08/16 | K | A | |
| 28. Nuveen Ltd Term Muni Bond Mutual Fund | C | Dividend | M | T | | | | | |
| 29. Nuveen NWQ Int'l Value Mutual Fund | C | Dividend | M | T | | | | | |
| 30. Vanguard Prime Money Mkt Fund | A | Interest | M | T | | | | | |
| 31. Lazard Emerging Mkts Mutual Fund | A | Dividend | K | T | | | | | |
| 32. NY St Dorm Auth St. Johns Univ Rev Bond | B | Interest | K | T | | | | | |
| 33. Deutsche Real Estate Sec Fund | C | Dividend | K | T | Sold (part) | 08/10/16 | K | C | |
| 34. Invesco Premier PTF Inst'l Money Mkt Fund | A | Interest | | | Sold | 09/16/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 05/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia Large Cap Growth Fund A | A | Dividend | J | T | | | | | |
| 36. NY College Savings Income Portfolio | | None | K | T | Sold (part) | 12/06/16 | J | C | |
| 37. Summit Federal Credit Union #3 | A | Interest | J | T | | | | | |
| 38. Trust #1 - Franklin Templeton Mutual Quest Fund | D | Dividend | M | T | Sold (part) | 07/18/16 | J | A | |
| 39. | | | | | Sold (part) | 10/13/16 | J | A | |
| 40. Vanguard Growth Index Fund | A | Dividend | K | T | | | | | |
| 41. Federated Cap. Preserv. Fund-held by profit sharing plan | A | Int./Div. | L | T | Distributed (part) | 08/19/16 | J | | |
| 42. JP Morgan Equity Income R5 Fund -- held by profit sharing plan | D | Int./Div. | N | T | Distributed (part) | 08/19/16 | J | | |
| 43. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 44. NY St Dorm Auth Bond Revs Non St Supported Debt Rev. A | B | Interest | K | T | | | | | |
| 45. Metropolitan Trans Auth NY Rev Ref D | B | Interest | K | T | | | | | |
| 46. Metropolitan Trans Auth NY Rev. E | B | Interest | K | T | | | | | |
| 47. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 48. PPL Corporation | A | Dividend | J | T | | | | | |
| 49. Public Service Enterprise GP | A | Dividend | J | T | | | | | |
| 50. iShares Core U.S. Aggregate | A | Dividend | J | T | | | | | |
| 51. iShares S&P Midcap 400 Index | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 05/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. E V Floating Rate I | A | Dividend | K | T | | | | | |
| 53. Federated Strat Val Div Inst | B | Dividend | K | T | | | | | |
| 54. Goldman Sachs US Eq Dv Prem I | B | Dividend | K | T | | | | | |
| 55. Harbor International Inst | A | Dividend | K | T | | | | | |
| 56. JP Morgan US LG CP PLS SEL | A | Dividend | J | T | | | | | |
| 57. Pimco Total Return Inst | A | Dividend | K | T | | | | | |
| 58. T Rowe Price Short Term Bd Fd | A | Dividend | J | T | | | | | |
| 59. Templeton Global Bd Fd Adv | A | Dividend | J | T | | | | | |
| 60. Touchstone Sands Cap Sel Gr Y | C | Dividend | K | T | | | | | |
| 61. NYS Muni Wtr Fin Auth Rev - FF Bond | B | Interest | K | T | | | | | |
| 62. Madison Cnty NY Cap Resource Bond | A | Interest | K | T | | | | | |
| 63. Madison Cnty NY Cap Resource Bond | A | Interest | J | T | | | | | |
| 64. NYC Muni Wtr Fin Auth Rev HH Bond | A | Interest | K | T | | | | | |
| 65. Wells Fargo Special Mid Cap Value Fund | A | Dividend | L | T | Sold (part) | 08/10/16 | J | A | |
| 66. | | | | | Buy (add'l) | 11/11/16 | K | | |
| 67. Talen Energy Corp Common Stock | | None | | | Sold | 12/06/16 | J | A | |
| 68. T Rowe Price Real Estate Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 05/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Oppenheimer Rochester Funds (X) | C | Distribution | | | Distributed | 12/02/16 | J | | |
| 70.  Invesco Prem. U.S. Gov't Mny Portfolio | A | Interest | L | T | Buy | 09/16/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payson, Marian W. | 05/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(a) To further explain Section VII, line 69 – on December 2, 2016, I received proceeds from a class action settlement (Oppenheimer Rochester Funds Group Securities Litigation ) relating to an investment I sold in 2014. The sale of that investment was reported on line 17 of my financial disclosure report for the calendar year 2014. The amount of the settlement proceeds distributed to me in December 2016 falls within income category C.

(b) The mutual fund listed in Section VII, line 18 of last year's financial disclosure form was merged into the mutual fund listed on line 22 of Section VII of this year's form.

(c) The mutual fund listed in Section VII, line 26 of last year's financial disclosure form changed names. It is listed under its new name on line 29 of this year's form.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marian W. Payson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544